**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**TOLEDO DIVISION**

BENJAMIN SCHUMIN,

Plaintiff,

v.

TORRENCE SOUND EQUIPMENT COMPANY,

Defendant.

Case No. 3:26-cv-01707

Judge James R. Knepp, II

**ENTRY OF APPEARANCE OF COUNSEL**

Paul R. Bonfiglio (0041484)
Attorney for Defendant
Torrence Sound Equipment Company
300 Madison Avenue, Suite 1406
Toledo, OH 43604
Telephone: (419) 242-3900
Fax: (419) 242-6446
douglas_spidel@staffdefense.com

Now comes Paul R. Bonfiglio, Esq. and enters his appearance as co-counsel of record for Defendant Torrence Sound Equipment Company in the above-entitled action, and respectfully requests the court to mark its docket accordingly.

Respectfully submitted,

Paul R. Bonfiglio

CERTIFICATION

This is to certify that a copy of the foregoing Entry of Appearance of Counsel was sent this 8th day of September, 2026 by electronic mail to **Joel B. Rothman, Esq.**., Sriplaw, PA, joel.rothman@sriplaw.com, Counsel for Plaintiff Benjamin Schumin and **Franceska N. Surinck, Esq**., Marshall & Melhorn, LLC, surinck@marshall-melhorn.com, Counsel for Defendant Torrence Sound Equipment Company.

Respectfully submitted,

Paul R. Bonfiglio