UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Benjamin Schumin, | ) | Case No.: 3:26-cv-01707 |
| Plaintiff, | ) | Hon. James R. Knepp, II |
| v. | ) | **MOTION TO WITHDRAW AS COUNSEL** |
| Torrence Sound Equipment Company, | ) | |
| Defendant. | ) | |
| | ) | |

John A. Borell, Jr., Franceska N. Surinck, and the law firm of Marshall & Melhorn, LLC respectfully move this Court for an Order granting them leave to withdraw as counsel for Defendant, Torrence Sound Equipment Company.

New counsel, Paul R. Bonfiglio, has been retained and has filed an Entry of Appearance [Doc. #7].

Respectfully submitted,

*/s/ Franceska N. Surinck*
John A. Borell, Jr. (0068716)
Franceska N. Surinck (0100875)
MARSHALL & MELHORN, LLC
Four SeaGate, Eighth Floor
Toledo, Ohio 43604
borell@marshall-melhorn.com
surinck@marshall-melhorn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, the foregoing was filed electronically. Parties may access this filing through the Court's system.

By: */s/ Franceska N. Surinck*
Franceska N. Surinck (0100875)
MARSHALL & MELHORN, LLC
Four Seagate, 8th Floor
Toledo, Ohio 43604
Tel: (419) 249-7164
surinck@marshall-melhorn.com