**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**BENJAMIN SCHUMIN,**

Plaintiff,

v.

**TORRENCE SOUND EQUIPMENT COMPANY,**

Defendant.

CASE NO. 3:26 CV 1707

JUDGE JAMES R. KNEPP II

**REPORT OF PARTIES' PLANNING MEETING**

1. Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on ______________ and was attended by:

   Counsel for Plaintiff(s) ____________________________________________________

   Counsel for Defendant(s) __________________________________________________

2. The parties:

   _____ Have exchanged the pre-discovery disclosures required by Rule 26(a)(1) and the Court's CMC Notice; or

   _____ Will exchange such disclosures by ________________.

3. The parties recommend the following track:

   _____ Expedited _____ Standard _____ Complex

   _____ Administrative _____ Mass Tort

4. This case ______ is / ______ is not suitable for Alternative Dispute Resolution ("ADR") (e.g., mediation, arbitration, summary trial).

5. The parties _____do/_____do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. 636(c).

6. The parties agree that this case ______ does / ______ does not involve electronic discovery. **(Counsel are reminded to review the default standard for e-discovery set forth in Appendix K to the Local Rules.)**

7. Recommended Discovery Plan:

(a) Describe the subjects on which discovery is to be sought, the nature and extent of discovery and any potential problems: ____________________________________________

____________________________________________________________________________

____________________________________________________________________________

(b) Describe anticipated e-discovery issues (i.e., what ESI is available and where it resides; ease/difficulty and cost of producing information; schedule and format of production; preservation of information; agreements about privilege or work-production protection, etc.): ________________________________________________________

____________________________________________________________________________

____________________________________________________________________________

8. Recommended cut-off for amending the pleadings and/or adding additional parties:

____________________

9. Expert reports disclosed by:

(a) Plaintiff(s): ____________________

(b) Defendant(s): ____________________

10. Discovery deadlines:

(a) Liability: ____________________

(b) Damages: ____________________

11. Recommended dispositive motion date: ____________________

12. Recommended date for telephone status: ____________________

13. Other matters for the attention of the Court: ________________________________

____________________________________________________________________________

____________________________________________________________________________

Attorney for Plaintiff(s): ________________________________

Attorney for Defendant(s): ________________________________